Jerry D. Worsham II #015594
**GAMMAGE & BURNHAM**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW
TWO NORTH CENTRAL AVENUE
18TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566

Attorneys for Defendant Kroll Factual Data, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Eddie Willie Taylor, Jr., | NO. 2:09-CV-02393-PHX-DGC |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| United States Federal Government, et al., | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Kroll Factual Data, Inc. in compliance with the provisions of: *(check one)*

__X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__   No such corporation.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

__X__   Other (please explain)

The named Defendant Kroll Factual Data Bureau does not exist. Kroll Factual Data, Inc., a Colorado corporation, is a wholly owned subsidiary of Kroll, Inc., which is a wholly owned subsidiary of Marsh & McClennan Companies (MMC). MMC is publicly traded.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 28th day of December, 2009.

GAMMAGE & BURNHAM P.L.C.

By s/Jerry D. Worsham II
Jerry D. Worsham II
Two North Central Avenue, 18th Floor
Phoenix, Arizona  85004
Attorneys for Defendant
Kroll Factual Data, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable David G. Campbell
U.S. District Court, District Court of Arizona

Rana Nader
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California 92612
Email: rnader@jonesday.com
Attorneys for Defendant Experian Information Solutions, Inc.

Timothy Joel Eckstein
Osborn Maledon PA
P.O. Box 36379
Phoenix, Arizona 85012-6379
Email: teckstein@omlaw.com
Attorneys for Defendant Experian Information Solutions, Inc.

Steven G. Mesaros
Randy Lee Kingery
Renaud Cook Drury Mesaros PA
1 N. Central Avenue, Suite 900
Phoenix, Arizona 85004-4417
Email: smesaros@rcdmlaw.com
       rkingery@rcdmlaw.com
Attorneys for Defendant CBC Innovis

Michael Jeffrey Coccaro
Snell & Wilmer, LLP
1 Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-0001
Email: mcoccaro@swlaw.com
Attorneys for Defendant Equifax Credit Information Services, Inc

```
 1  Stephanie Deal Cope
    King & Spalding, LLP
 2  1180 Peachtree Street NE
 3  Atlanta, Georgia  30309
    Email: scope@kslaw.com
 4  Attorneys for Defendant Equifax Credit Information Services, Inc.
 5
 6  Philip R. Wooten
    Philip R. Wooten, PC
 7  3413 E. Equestrian Trail
    Phoenix, Arizona  85044-3403
 8  Email: philip.wooten@azbar.org
 9  Attorneys for Defendant Trans Union LLC
10
    Tiffany L. Cox
11  Strasburger & Price LLP
    2802 Network Boulevard, Suite 600
12  Frisco, Texas  75034
13  Email: tiffany.cox@strasburger.com
    Attorneys for Defendant Trans Union LLC
14
15         I hereby certify that on December 28, 2009, I served the attached document
    by mail on the following, who is not a registered participant of the CM/ECF System:
16
17  Eddie Willie Taylor, Jr.
    4041 East. Hidalgo Avenue
18  Phoenix, Arizona 85040
19  Plaintiff Pro Se
20
21
22  s/Cheryl L. Riggle
23
24
25
26
```