**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Willie Taylor, Jr., | No. CV-09-2393-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| The United States; the U.S. Internal Revenue Service; the U.S. Department of Education; the Department of the Treasury; Kroll Factual Data Bureau; Experian Information Solutions, Inc.; Equifax Credit Information Services, Inc.; Trans Union LLC; Landsafe Credit Inc.; Lamson Junior College; Arizona Education Loan Marketing Corporation; and Southwest Student Services Corporation, | |
| Defendants. | |

Plaintiff filed an amended complaint on April 16, 2010. Dkt. #51. Motions to dismiss have been filed by Defendants Trans Union LLC (Dkt. #52), Landsafe Credit Inc. (Dkt. #55), and Kroll Factual Data Inc. (Dkt. #57). Plaintiff has filed no response, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d). Plaintiff shall have until **June 11, 2010** to file a response to each motion.

Plaintiff is reminded (*see* Dkt. #47) that he must become familiar with, and follow, the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Arizona ("Local Rules"). The Federal Rules of Civil Procedure are available at the following Internet website: http://www.law.cornell.edu/rules/frcp/. A copy of the

Court's Local Rules of Civil Procedure may be obtained from the Clerk's Office.

Rule 7.2 of the Local Rules of Civil Procedure provides that an unrepresented party's failure to respond to a motion "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i). Plaintiff is advised that if he does not file responses to the motions to dismiss (Dkt. ##52, 55, 57) by **June 11, 2010**, the Court will summarily grant the motions. Plaintiff is again warned (*see* Dkt. #47) that if he fails to prosecute this action, or if he fails to comply with the rules or any Court order, the Court may dismiss the action *with prejudice* pursuant to Rule 41(b) of the Federal Rule of Civil Procedure. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1. Plaintiff shall have until **June 11, 2010** to file responses to the motions to dismiss (Dkt. ##52, 55, 57).
2. Plaintiff is warned that the Court will summarily grant the motions to dismiss if Plaintiff fails to comply with this order.

DATED this 1st day of June, 2010.

David G. Campbell
United States District Judge