**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie Willie Taylor, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> The United States; the U.S. Internal Revenue Service; the U.S. Department of Education; the Department of the Treasury; Kroll Factual Data Bureau; Experian Information Solutions, Inc.; Equifax Credit Information Services, Inc.; Trans Union LLC; Landsafe Credit Inc.; Lamson Junior College; Arizona Education Loan Marketing Corporation; and Southwest Student Services Corporation, <br><br> Defendants. | No. CV-09-2393-PHX-DGC <br><br> **ORDER** |

Plaintiff filed an amended complaint on April 16, 2010. Dkt. #51. Motions to dismiss have been filed by Defendants Trans Union LLC (Dkt. #52), Landsafe Credit Inc. (Dkt. #55), and Kroll Factual Data Inc. (Dkt. #57). Plaintiff failed to file responses within the time period provided in the civil rules of procedure. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d). On June 1, 2010, the Court issued an order granting Plaintiff until June 11, 2010 to file a response to each motion. Dkt. #64.

Plaintiff has filed a response to that order. Dkt. #65. He claims that he never received copies of the motions to dismiss and therefore could not respond to them. *Id.* at 1-2. It appears from the record that each motion was mailed to Plaintiff at his address of record:

1  4041 E Hidalgo Avenue, Phoenix, Arizona, 85040.  Plaintiff received the June 1 order
2  (Dkt. #64) mailed to that same address.  It is unclear why Plaintiff would not have received
3  any of the three motions to dismiss.

In the interest of justice, the Court will direct the Clerk to mail copies of the motions to Plaintiff.  Responses to the motions will be due **no later than July 2, 2010**.  Plaintiff is again warned (*see* Dkt. ##47, 64) that if he fails to prosecute this action, or if he fails to comply with the rules or any Court order, the Court may dismiss the action *with prejudice* pursuant to Rule 41(b) of the Federal Rule of Civil Procedure.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1. The Clerk is directed to mail a copy of each motion to dismiss (Dkt. ##52, 55, 57) to Plaintiff.
2. Plaintiff shall file a response to each motion by **July 2, 2010**.  Plaintiff is warned that **no further extensions will be granted**.
3. Plaintiff is further warned that the Court will summarily grant the motions to dismiss if Plaintiff fails to comply with this order.

DATED this 14th day of June, 2010.

_____
David G. Campbell
United States District Judge